B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
District of Nevada

**Entered on Docket**
**April 14, 2010**

RECEIVED & FILED
APR 14  10 21 AM '10
U.S. BA.......... COU...
MARY A. SCHOTT, CLERK

In re GONZALEZ, DIANA D.              ,
            Debtor

Case No. _____

Chapter  13  _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __45-__       Check one  ☐ With the filing of the petition, or
                           ☐ On or before __5-14-10__

$ __45-__       on or before  __6-14-10__

$ __90-__       on or before  __7-14-10__

$ __99-__       on or before  __8-14-10__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __4-14-10__

_M. Lyons_
United States Bankruptcy ~~Judge~~ Clerk
Deputy