**Entered on Docket
June 15, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2
10-72300

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br><br>Diana D. Gonzalez<br><br><br><br><br>Debtor | Bk Case No.: 10-16479-mkn<br><br>ORDER<br>RE EX PARTE APPLICATION FOR AN ORDER PURSUANT TO<br>362 ( c) (4)(A)(i)<br><br><br>Chapter 13 |
|---|---|

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Asset-Backed Pass-Through Certificates, Series 2006-NC2, its assignees and/or successors in interest, of the subject property, generally described as 7330 Linaria Road, Las Vegas, NV 89113, and legally described as follows:

> Parcel I: Lot 277 of COPPERHEAD TRAILS PHASE 2, as shown by Map theeof on file in Book 117 of Plats, page 4, in the office of the County Recorder of Clark County, Nevada. Parcel II: An easement for ingress and egress over Private Streets and Common Areas as shown and delineated on said Map.

IT IS SO ORDERED

Submitted by:

WILDE & ASSOCIATES
By:___/s/Gregory L. Wilde, Esq___
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Pro Se
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee